FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 1:57 pm, Jun 05, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| WILLIE BARTHEL MURPHY EL, | |
| Plaintiff, | CIVIL ACTION NO.: 2:20-cv-48 |
| v. | |
| CHRYSLER CAPITAL; and MICHAEL MANLEY, | |
| Defendants. | |

**O R D E R**

This matter is before the Court on Plaintiff's Motion for Extension of Time to Respond. Doc. 6. Also before the Court is Defendant Chrysler Capital's Motion to Stay Discovery. Doc. 8.

Plaintiff filed this action in the Superior Court of Glynn County, Georgia, on August 7, 2019. Doc. 1-1 at 2. This action was removed to this Court on May 6, 2020. Doc. 1. Defendant Chrysler Capital ("Chrysler") filed a motion to dismiss on May 11, 2020, with responses due by May 25, 2020. Doc. 4. Plaintiff has not responded to Defendant's motion to dismiss or asked for an extension of the time to do so.

Defendant Chrysler also filed a motion to stay all discovery obligations until the Court rules on its pending motion to dismiss. Doc. 8. Defendant Chrysler asks the Court to stay the parties' discovery obligations until the Court rules on its motion to dismiss. Id. at 1. Plaintiff has not responded to Defendant's Motion to Stay, which, pursuant to Local Rule 7.5, indicates Plaintiff is unopposed to this Motion. Thus, the Court **GRANTS** Defendant's unopposed Motion to Stay, doc. 8, and **STAYS** the Rule 26 obligations in this case until the Court rules on

Defendant's motion to dismiss. This stay will be automatically lifted upon resolution of Defendant's motion to dismiss, should any claims remain pending. Should any claims remain pending after the Court rules on Defendant's motion to dismiss, the Court **DIRECTS** the parties to conduct a Rule 26(f) conference within 14 days of the date of said order. This conference must be held in person or telephonically. The parties shall file their required Rule 26(f) report within seven days of the date of the conference. Upon receipt of the Rule 26(f) report, the Court will issue a scheduling order.

Additionally, Plaintiff filed a "Motion for Extension of Time." Doc. 6. In his Motion, Plaintiff seeks an extension of the dates set forth in the Court's Rule 26 Order; Plaintiff does not seek an extension of any other deadlines. Id. As the Court has now stayed the parties' Rule 26(f) obligations until resolution of Defendant Chrysler's motion to dismiss, the Court **DENIES** Plaintiff's Motion. Doc. 6.

One additional point requires clarification. It appears that Plaintiff may believe the Court ordered him to retain counsel in the Rule 26 Order. Doc. 6 at 6 ("Pursuant to the Court's Order I need to seek Counsel to properly respond to the Order . . . ."). To be clear, the Court has not ordered Plaintiff to retain counsel. While Plaintiff may retain counsel, he is not required to do so, and he may proceed pro se in this action.

**SO ORDERED**, this 5th day of June, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA