# In the United States District Court for the Southern District of Georgia Brunswick Division

FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 4:38 pm, Jun 17, 2020

WILLIE BARTHEL MURPHY EL,

    Plaintiff,

    v.

CHRYSLER CAPITAL; AND MICHAEL MANLEY,

    Defendants.

No. 220–CV-048

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal wherein Plaintiff appears to indicate that he wishes to dismiss this case without prejudice. Dkt. No. 13. The dismissal, in its entirety, states:

> COMES NOW the Plaintiff, Willie Barthel Murphy El, in the above-styled action and hereby voluntarily dismisses the Lawsuit from the action pursuant to O.C.G.A. § 9-11-41, and retaining the Administrative Process in the above action, for Summary Judgment.[1]

At first blush, it appears that Plaintiff intends to dismiss this action without prejudice in order to pursue an unidentified alternative dispute resolution process. On the same date Plaintiff filed his voluntary dismissal, however, he also filed a brief in

---

[1] Plaintiff incorrectly cites to O.C.G.A. § 9-11-41, the statute governing the dismissal of state actions in Georgia. The appropriate authority for the dismissal of federal actions is Federal Rule of Civil Procedure 41.

opposition to Defendant Chrysler Capital's pending motion to dismiss. See Dkt. Nos. 4, 12. In that brief, Plaintiff does not dispute the merits of Defendant Chrysler Capital's motion, but he does state that he "opposes" it.

Plaintiff has been proceeding without counsel. As such, the Court must liberally construe his filings. Erickson v. Pardus, 551 U.S. 89, 94 (2007). Though it appears to the Court that Plaintiff intends to dismiss this action without prejudice, should that not be Plaintiff's intent, the Court will give Plaintiff an opportunity to clarify. Accordingly, the Court **ORDERS** the following:

1. If Plaintiff does not intend to dismiss this action, or if he intends to dismiss only one of the two named Defendants, he must file, within fourteen (14) days of the date of this Order, a notice clearly explaining his intentions.

2. Should Defendants object to Plaintiff's voluntary dismissal, they must do so within fourteen (14) days of the date of this Order.

3. If neither Plaintiff nor Defendants file anything in response to this Order within the time permitted, the Court will dismiss this action without prejudice.

**SO ORDERED**, this 17th day of June, 2020.

                                                HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA