FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 3:26 pm, Jul 01, 2020

# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

WILLIE BARTHEL MURPHY EL,

    Plaintiff,

v.

CHRYSLER CAPITAL; AND MICHAEL MANLEY,

    Defendants.

No. 220-CV-048

## ORDER

On June 12, 2020, Plaintiff filed a notice of voluntary dismissal with the Court, indicating that he wished to dismiss this action without prejudice. Dkt. No. 13. On the same date, Plaintiff filed a brief opposing Defendant Chrysler Capital's motion to dismiss. Dkt. No. 12. On June 17, 2020, the Court issued an Order directing Plaintiff to clarify his intentions, i.e. whether he intends to dismiss this case or proceed with litigation. Dkt. No. 15. The Court also directed Defendants to indicate on the record whether they object to the dismissal. See id.

In response to the Court's Order, Plaintiff filed a second notice of voluntary dismissal, stating his intention to dismiss both Defendants from this action without prejudice. Dkt. No. 17.

Defendants filed no response to the Court's Order, indicating that they have no opposition to Plaintiff's voluntary dismissal.

Therefore, before the Court is Plaintiff's notice of voluntary dismissal, as supplemented, dkt. nos. 13 & 17, wherein Plaintiff states his intention to dismiss this action against both Defendants without prejudice. Defendants having filed no answer to the Complaint, Plaintiff is entitled to dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, all claims asserted in this action are **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to terminate all pending motions and close this case.

SO ORDERED, this 1 day of July, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA